UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Scott J. Swenson

    v.                                Civil No. 13-cv-034-JL

Deutsche Bank National
Trust Company


O R D E R


On March 20, 2013, a preliminary pretrial conference was held in this case.  Plaintiff did not appear; Attorney Joshua D. Shakun appeared for defendant.  The court approves defendant's Proposed Discovery Plan (document no. 6) with the following amendments:

    **Electronic Discovery**: the cost-shifting clause is deleted.

    **Deadlines**: the court adjusted several of the proposed deadlines as reflect in the chart below.

Defendant concurred with respect to each of the amendments. The key deadlines in the discovery plan are summarized in the chart below.

| Scheduling Designation | Deadline |
|---|---|
| **Completion of Discovery** | November 1, 2013 |
| **Experts and Experts' Written Reports** | Plaintiff: August 2, 2013<br>Defendant: September 15, 2013 |
| • **Supplementation under Rule 26(e)** | Within 60 days of disclosure |
| **Challenges to Expert Testimony** | Not later than 45 days before trial. |
| **Joinder of Additional Parties** | Plaintiff: August 1, 2013<br>Defendant: August 30, 2013 |
| **Third-Party Actions** | August 17, 2013 |
| **Amendment of Pleadings** | May 6, 2013 |
| **Motions to Dismiss** | May 31, 2013 |
| **Motion for Judgment on the Pleadings** | May 31, 2013 |
| **Motions for Summary Judgment** | November 15, 2013 |
| **Type of Trial** | Bench |
| **Trial Date** | Two-week period beginning April 1, 2014 |

_____
Landya B. McCafferty
United States Magistrate Judge

Date: March 20, 2013

cc:  Scott J. Swenson, pro se
     Joshua D. Shakun, Esq.